FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

01 FEB 26 PM 3: 38

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. OO-C-2134-J |
| BEVERLY P. MCMATH, | ) |
| Defendant. | ) |

ENTERED
FEB 26 2001

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of the plaintiff, supported by brief and affidavit, for Summary Judgment in favor of plaintiff and against defendant pursuant to Rule 56, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.  The plaintiff in this action is the United States of America.

2.  The defendant resides within Walker County, Alabama, which is in the Northern District of Alabama.

3.  The Court has jurisdiction over this cause pursuant to 28 U.S.C. § 3001 (a) and 28 U.S.C. § 1345.

4.  There are no genuine issues of material fact.

5.  The defendant is indebted to the United States of America in the principal amount of $17,633.89, costs of $150.00, plus interest in the amount of $3,805.26 as of October 31, 2000 for



a total amount of $21,589.15, plus interest from October 31, 2000 to the date of judgment at the rate of 8.25% per annum.

6. Demand was made upon the defendant by the plaintiff for the above said sum and the defendant neglected and/or refused to pay said sum.

A judgment will enter accordingly.

Done this 26th day of February, 2001.

_____
U.W. Clemon
Chief United States District Judge